*Pro Se 1 2022*

FILED
LODGED
RECEIVED

**MAIL**

DEC 12 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Jane Doe., and other similarly situated
persons.


_____

_____,

               Plaintiff(s),

    v.

Matthew Platkin., in his personal and
professional capacity, New Jersey Attorney
General Office

_____

_____,

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial:  ☒ Yes   ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

    *Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Jane Doe |
| Street Address | mjolly@jollyeductionconsultant.com |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

*Pro Se 1 2022*

B.    Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 2

Name                          Matthew Platkin, in his professional and personal capacity, New Jersey Attorney General Office

Job or Title *(if known)*

Street Address

City and County              Trenton, New Jersey

State and Zip Code

Telephone Number

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2022*

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  (*select all that apply*)

☒    Federal question:           ☒    Diversity of citizenship:
    If checked complete section A.               If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

During the height of the COVID-19 pandemic, a fraudulent adjudication report from the New Jersey Board of Nursing was developed. U.S. District Courts have failed to offer standard civil procedures that would learn the origins of the fraudulent adjudication. The State of New

*Pro Se 1 2022*

1   Jersey has failed to afford Jane Doe due and substantive Due Process, as the State has been

2   unable to furnish official documentation of or a request for a New Jersey Licensed Practical

3   Nursing licensure. Requests were submitted for copies of documents reporting violations against

4   a New York-based corporation, the law firm Kaufman, Borgeesst and Ryan provides legal

5   services on behalf of the New Jersey Attorney General's Office and Excelsior College. It is

6   contended that the law firm, while the nation was subject to "stay-in-place" orders during the

7   pandemic, utilized New Jersey State repositories to fabricate fraudulent adjudications against

8   federal class action participants. This action is alleged to have been in retaliation for participation

9   in class action lawsuits against the firm's client, Excelsior College. Multiple complaints have

10  been lodged with U.S. District Courts; however, the law firm is reportedly influential and has

11  leveraged its connections with federal judges and clerks to prevent Dr. Jolly's case from being

12  heard. Furthermore, federal court clerks allegedly failed to file motions and did not adhere to

13  standard civil procedures that would have facilitated an understanding of the official state

14  instrument's fraudulent nature.

15

16

17  B.      If the Basis for Jurisdiction Is Diversity of Citizenship

18          1.      The Plaintiff(s)

19                  a.   If the plaintiff is an individual.

20  The plaintiff (*name*) Dr. Maketa S. Jolly is a citizen of the State of (*name*) Pennsylvania.

21                  b.   If the plaintiff is not a corporation.

22  The plaintiff, (*name*), is incorporated under the laws of the State of (*name*) Click here to

23  enter state, and has its principal place of business in the State of (*name*) Click here to enter state.

24          *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2022*

2.    The Defendant(s)

    a.  If the defendant is an individual.

The defendant, (*name*) Matthew Platkin, is a citizen of the State of (*name*) New Jersey.

Or is a citizen of (*foreign nation*) New Jersey Attorney General

    b.  If the defendant is a corporation.

The defendant, (*name*) Matthew Platkin, is incorporated under the laws of the State of

(*name*) New Jersey and has its principal place of business in the State of (*name*) New Jersey.

Or is incorporated under the laws of (*foreign nation*) Click here to enter country., and has

its principal place of business in (*name*) Click here to enter location..

*(If more than one defendant is named in the complaint, attach an additional page
providing the same information for each additional defendant.)*

3.    The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the

amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

      Undefined; Dr. Jolly seeks restoration of her name, privacy, and credentials.

<hr>

<hr>

## III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as
possible the facts showing that each plaintiff is entitled to the damages or other relief sought.
State how each defendant was involved and what each defendant did that caused the plaintiff
harm or violated the plaintiff's rights, including the dates and places of that involvement or
conduct. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.*

    Dr. Maketa Jolly has suffered tremendous financial loss and reputational damage due to a

fraudulent State of New Jersey Nurse Adjudication report. Dated May 14, 2020. State of New

*Pro Se 1 2022*

Jersey failed to provide Dr. Jolly with required notification of hearings, due and substantive due process.

## IV.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Dr. Jolly seeks a permanent injunction, and summary judgement for use of fraudulent nurse adjudication report dated May 14, 2020. Redaction of such information from public repositories; and removal of any successive federal docket associated with claims resulting from New Jersey's fraudulent state report.

## V.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Pro Se 1 2022*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            December 8, 2025

Signature of Plaintiff      _____

Printed Name of Plaintiff   Dr. Maketa S. Jolly


Date of signing:            _____

Signature of Plaintiff      _____

Printed Name of Plaintiff   _____


Date of signing:            _____

Signature of Plaintiff      _____

Printed Name of Plaintiff   _____

COMPLAINT FOR A CIVIL CASE - 7