UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANE DOE,

    Plaintiff,

 v.

MATTHEW PLATKIN,

    Defendant.

Case No. C25-2598-LK

MINUTE ORDER

  The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

  Plaintiff's application to proceed *in forma pauperis* ("IFP"), Dkt. 1, is deficient. She reports monthly income of $4,000 from self-employment but left Section 3, which inquires about other sources of income, blank. *See* Dkt. 1 at 1. She also states she has no cash in hand or in any accounts, and it is unclear how she is meeting monthly expenses that far exceed her reported income. *See* Dkt. 1 at 2.

  The Court cannot assess Plaintiff's application for IFP as written. Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order. She must provide complete and detailed financial information, including details on all sources of income, accounts,

MINUTE ORDER - 1

and monthly expenses, and any further helpful information on why she cannot pay her filing fee.

Failure to comply with this Order may result in denial of IFP or dismissal of the case.

Dated this 23rd day of December, 2025.

Ravi Subramanian  
Clerk of Court

By: s/ Stefanie Prather  
Deputy Clerk

MINUTE ORDER - 2