UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANE DOE,

                 Plaintiff,

      v.

MATTHEW PLATKIN,

                 Defendant.

CASE NO. 2:25-cv-02598-LK

ORDER ADOPTING REPORT AND
RECOMMENDATION; DENYING
IN FORMA PAUPERIS
APPLICATION

This matter comes before the Court on the Report and Recommendation of Magistrate Judge S. Kate Vaughan. Dkt. No. 6. Having reviewed the Report and Recommendation, to which no objections were filed, and the balance of the record, the Court ORDERS as follows:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's IFP Application, Dkt. 1, is DENIED. Plaintiff is directed to pay the full filing fee of $405.00 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

(3) The Clerk shall file the Complaint only on receipt of the filing fee. If no filing fee is paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file; and

ORDER ADOPTING REPORT AND RECOMMENDATION; DENYING IN FORMA PAUPERIS APPLICATION - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 6th day of February, 2026.

Lauren King
United States District Judge